| EMPLOYEE NAME<br>EMP ID   S S NO.   RATE | HOURS | GROSS<br>EARNINGS | FEDERAL<br>EIC | OASDI<br>MEDICARE | STATE<br>SDI | LOCAL<br>OTHER | TAXES<br>DEDUCTS | NET PAY<br>CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **SHARTLE, ONA R** | 40.00 | 764.56 | 66.77 | 47.40 | 23.47 | 7.65 | 156.86 | 0.00 |
| 1705   XXX-XX-XXXX   01/02/2020 | | 802.00 | 0.00 | 11.09 | 0.00 | 0.48 | 607.70 | DIRDEP |
| E   1 HOURLY EARNINGS   20.050 | 24.00 | 481.20 | | | D   UD UNION DUES | | 15.00 | |
| E   H HOLIDAY   20.050 | 16.00 | 320.80 | | | D   X1 CHECKING | | 442.70 | |
| E   1P INS125-PA | | -37.44 | | | D   X3 CREDIT UNION-C | | 150.00 | |
| **SHARTLE, ONA R** | 40.00 | 764.56 | 66.77 | 47.40 | 23.47 | 7.65 | 156.86 | 0.00 |
| 1705   XXX-XX-XXXX   01/09/2020 | | 802.00 | 0.00 | 11.09 | 0.00 | 0.48 | 607.70 | DIRDEP |
| E   1 HOURLY EARNINGS   20.050 | 32.00 | 641.60 | | | D   UD UNION DUES | | 15.00 | |
| E   H HOLIDAY   20.050 | 8.00 | 160.40 | | | D   X1 CHECKING | | 442.70 | |
| E   1P INS125-PA | | -37.44 | | | D   X3 CREDIT UNION-C | | 150.00 | |
| **SHARTLE, ONA R** | 42.00 | 824.71 | 73.98 | 51.13 | 25.32 | 8.25 | 171.16 | 0.00 |
| 1705   XXX-XX-XXXX   01/16/2020 | | 862.15 | 0.00 | 11.96 | 0.00 | 0.52 | 653.55 | DIRDEP |
| E   1 HOURLY EARNINGS   20.050 | 24.00 | 481.20 | | | D   UD UNION DUES | | 15.00 | |
| E   2 OVERTIME EARNIN   30.075 | 2.00 | 60.15 | | | D   X1 CHECKING | | 488.55 | |
| E   P PERSONAL HOLIDA   20.050 | 16.00 | 320.80 | | | D   X3 CREDIT UNION-C | | 150.00 | |
| E   1P INS125-PA | | -37.44 | | | | | | |
| **SHARTLE, ONA R** | 41.00 | 794.64 | 70.38 | 49.27 | 24.40 | 7.95 | 164.02 | 0.00 |
| 1705   XXX-XX-XXXX   01/23/2020 | | 832.08 | 0.00 | 11.52 | 0.00 | 0.50 | 630.62 | DIRDEP |
| E   1 HOURLY EARNINGS   20.050 | 40.00 | 802.00 | | | D   UD UNION DUES | | 15.00 | |
| E   2 OVERTIME EARNIN   30.075 | 1.00 | 30.08 | | | D   X1 CHECKING | | 465.62 | |
| E   1P INS125-PA | | -37.44 | | | D   X3 CREDIT UNION-C | | 150.00 | |
| **SHARTLE, ONA R** | 36.00 | 684.36 | 57.28 | 42.43 | 21.01 | 6.84 | 137.91 | 0.00 |
| 1705   XXX-XX-XXXX   01/30/2020 | | 721.80 | 0.00 | 9.92 | 0.00 | 0.43 | 546.45 | DIRDEP |
| E   1 HOURLY EARNINGS   20.050 | 36.00 | 721.80 | | | D   X1 CHECKING | | 396.45 | |
| E   1P INS125-PA | | -37.44 | | | D   X3 CREDIT UNION-C | | 150.00 | |
| **SHARTLE, ONA R** | 40.00 | 755.56 | 65.69 | 46.84 | 23.20 | 7.56 | 154.73 | 0.00 |
| 1705   XXX-XX-XXXX   02/06/2020 | | 793.00 | 0.00 | 10.96 | 0.00 | 0.48 | 600.83 | DIRDEP |
| E   1 HOURLY EARNINGS   20.050 | 32.00 | 641.60 | | | D   UD UNION DUES | | 15.00 | |
| E   4 JURY DUTY   20.050 | 8.00 | 151.40 | | | D   X1 CHECKING | | 435.83 | |
| E   1P INS125-PA | | -37.44 | | | D   X3 CREDIT UNION-C | | 150.00 | |
| **SHARTLE, ONA R** | 40.00 | 755.56 | 65.69 | 46.84 | 23.20 | 7.56 | 154.73 | 0.00 |
| 1705   XXX-XX-XXXX   02/13/2020 | | 793.00 | 0.00 | 10.96 | 0.00 | 0.48 | 600.83 | DIRDEP |
| E   1 HOURLY EARNINGS   20.050 | 24.00 | 481.20 | | | D   UD UNION DUES | | 15.00 | |
| E   4 JURY DUTY   20.050 | 8.00 | 151.40 | | | D   X1 CHECKING | | 435.83 | |
| E   P PERSONAL HOLIDA   20.050 | 8.00 | 160.40 | | | D   X3 CREDIT UNION-C | | 150.00 | |
| E   1P INS125-PA | | -37.44 | | | | | | |


| COMPENSATION REPORT | | | CHECK DATES 01/02/2020 TO 02/13/2020 | | | | 02/17/2020 | |
|---|---|---|---|---|---|---|---|---|
| POST PRECISION CASTINGS INC - 0426-X987 | | | PERIOD BEGIN 12/23/2019 PERIOD END 02/09/2020 | | | | PAGE 2 | |

| EMPLOYEE NAME<br>EMP ID   S S NO.           RATE | HOURS | GROSS<br>EARNINGS | FEDERAL<br>EIC | OASDI<br>MEDICARE | STATE<br>SDI | LOCAL<br>OTHER | TAXES<br>DEDUCTS | NET PAY<br>CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **SHARTLE, ONA R** | 279.00 | 5343.95 | 466.56 | 331.31 | 164.07 | 53.46 | 1096.27 | 0.00 |
| EMPLOYEE TOTALS   1705 | | 5606.03 | 0.00 | 77.50 | 0.00 | 3.37 | 4247.68 | |
| E   1 HOURLY EARNINGS | 212.00 | 4250.60 | | | D  UD UNION DUES | | 90.00 | |
| E   2 OVERTIME EARNIN | 3.00 | 90.23 | | | D  X1 CHECKING | | 3107.68 | |
| E   4 JURY DUTY | 16.00 | 302.80 | | | D  X3 CREDIT UNION-C | | 1050.00 | |
| E   H HOLIDAY | 24.00 | 481.20 | | | | | | |
| E   P PERSONAL HOLIDA | 24.00 | 481.20 | | | | | | |
| E   1P INS125-PA | | -262.08 | | | | | | |

**PAYCHEX OF NEW YORK LLC**          PHONE (610)650-8100          FAX (855)279-5170

Case 5:20-bk-00981-RNO   Doc 16   Filed 03/27/20   Entered 03/27/20 11:08:01   Desc
Main Document    Page 2 of 3

POST PRECISION CASTINGS INC  
PO BOX A  
STRAUSSTOWN, PA 19559-0100

0426-X987-DIRDEP  
12-1-1  
1705

60-162 / 433

| 02/20/2020 | Direct Deposit |
|---|---|
| DATE | CHECK NO. |

PAY TO THE ORDER OF

ONA R SHARTLE  
1176 MOUNTAIN RD  
PINE GROVE PA 17963

Total Net Direct Deposit(s)  
**$592.70**

AMOUNT

VOID THIS IS NOT A CHECK..........................

PNC  
JEANNETTE, PA

**NON-NEGOTIABLE**  
AUTHORIZED SIGNATURE(S)

---

VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE — FOLD AND REMOVE

## SONAL AND CHECK INFORMATION

R SHARTLE  
MOUNTAIN RD  
GROVE, PA 17963

Sec #: XXX-XX-XXXX   Employee ID: 1705  
Date: 06/06/88  
is: FT  
g Status:  
ral: Married, 1  
: PA, Married, 1  
r/Dept: 12/1/1

Period: 02/10/20 to 02/16/20  
k Date: 02/20/20   Check #: Direct Deposit

E OFF (Based On Policy Year)

RIPTION  
TION - OLD POLICY - HOURS  
TAL BAL  
0.000

### PAY ALLOCATIONS

| RIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CKING - 6473 | 442.70 | 3550.38 |
| IT UNION - 3578 | 150.00 | 1200.00 |
| ay | 592.70 | 4750.38 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|
| HOURLY EARNINGS | 40.00 | 20.0500 | 802.00 | 252.00 | 5052.60 |
| OVERTIME EARNIN | | | | 3.00 | 90.23 |
| JURY DUTY | | | | 16.00 | 302.80 |
| HOLIDAY | | | | 24.00 | 481.20 |
| PERSONAL HOLIDA | | | | 24.00 | 481.20 |
| INS125-PA | | | -37.44 | | -299.52 |
| **HOURS WORKED** | 40.00 | | | 255.00 | |
| **ADJ EARNINGS** | | | 764.56 | | 6108.51 |
| **GROSS EARNINGS** | 40.00 | | 802.00 | 319.00 | 6408.03 |

### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| UNION DUES | 15.00 | 105.00 |
| TOTAL | 15.00 | 105.00 |

### WITHHOLDINGS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 66.77 | 533.33 |
| ADDTL FEDERAL 20.00 | | |
| OASDI | 47.40 | 378.71 |
| MEDICARE | 11.09 | 88.59 |
| STATE W/H PA | 23.47 | 187.54 |
| STATE SUI PA | 0.48 | 3.85 |
| PA 2132NUPTUL | 7.65 | 61.11 |
| TOTAL | 156.86 | 1253.13 |

### NET PAY

| CURRENT ($) | YTD ($) |
|---|---|
| 592.70 | 4750.38 |

rolls by Paychex, Inc.  
X987 POST PRECISION CASTINGS INC