# COMPENSATION REPORT
**POST PRECISION CASTINGS INC - 0426-X987**

CHECK DATES 02/27/2020 TO 03/19/2020
PERIOD BEGIN 02/17/2020 PERIOD END 03/15/2020
03/30/2020  PAGE 1

| EMPLOYEE NAME<br>EMP ID   S S NO.          RATE | HOURS | GROSS EARNINGS | FEDERAL<br>EIC | OASDI<br>MEDICARE | STATE<br>SDI | LOCAL<br>OTHER | TAXES DEDUCTS | NET PAY<br>CHECK NO |
|---|---|---|---|---|---|---|---|---|
| **SHARTLE, ONA R** | 40.00 | 764.56 | 66.77 | 47.40 | 23.47 | 7.65 | 156.86 | 0.00 |
| 1705  XXX-XX-XXXX   02/27/2020 |  | 802.00 | 0.00 | 11.09 | 0.00 | 0.48 | 607.70 | DIRDEP |
| E  1 HOURLY EARNINGS   20.050 | 40.00 | 802.00 |  |  |  |  |  |  |
| E  1P INS125-PA |  | -37.44 |  |  | D  UD UNION DUES |  | 15.00 |  |
|  |  |  |  |  | D  X1 CHECKING |  | 442.70 |  |
|  |  |  |  |  | D  X3 CREDIT UNION-C |  | 150.00 |  |
| **SHARTLE, ONA R** | 38.25 | 729.47 | 62.56 | 45.23 | 22.39 | 7.29 | 148.51 | 0.00 |
| 1705  XXX-XX-XXXX   03/05/2020 |  | 766.91 | 0.00 | 10.58 | 0.00 | 0.46 | 580.96 | DIRDEP |
| E  1 HOURLY EARNINGS   20.050 | 38.25 | 766.91 |  |  |  |  |  |  |
| E  1P INS125-PA |  | -37.44 |  |  | D  UD UNION DUES |  | 15.00 |  |
|  |  |  |  |  | D  X1 CHECKING |  | 415.96 |  |
|  |  |  |  |  | D  X3 CREDIT UNION-C |  | 150.00 |  |
| **SHARTLE, ONA R** | 43.00 | 854.79 | 77.59 | 53.00 | 26.24 | 8.55 | 178.31 | 0.00 |
| 1705  XXX-XX-XXXX   03/12/2020 |  | 892.23 | 0.00 | 12.39 | 0.00 | 0.54 | 676.48 | DIRDEP |
| E  1 HOURLY EARNINGS   20.050 | 40.00 | 802.00 |  |  |  |  |  |  |
| E  2 OVERTIME EARNIN    30.075 | 3.00 | 90.23 |  |  | D  UD UNION DUES |  | 15.00 |  |
| E  1P INS125-PA |  | -37.44 |  |  | D  X1 CHECKING |  | 511.48 |  |
|  |  |  |  |  | D  X3 CREDIT UNION-C |  | 150.00 |  |
| **SHARTLE, ONA R** | 40.00 | 764.56 | 66.77 | 47.40 | 23.47 | 7.65 | 156.86 | 0.00 |
| 1705  XXX-XX-XXXX   03/19/2020 |  | 802.00 | 0.00 | 11.09 | 0.00 | 0.48 | 607.70 | DIRDEP |
| E  1 HOURLY EARNINGS   20.050 | 40.00 | 802.00 |  |  |  |  |  |  |
| E  1P INS125-PA |  | -37.44 |  |  | D  UD UNION DUES |  | 15.00 |  |
|  |  |  |  |  | D  X1 CHECKING |  | 442.70 |  |
|  |  |  |  |  | D  X3 CREDIT UNION-C |  | 150.00 |  |
| **SHARTLE, ONA R** | 161.25 | 3113.38 | 273.69 | 193.03 | 95.57 | 31.14 | 640.54 | 0.00 |
| EMPLOYEE TOTALS   1705 |  | 3263.14 | 0.00 | 45.15 | 0.00 | 1.96 | 2472.84 |  |
| E  1 HOURLY EARNINGS | 158.25 | 3172.91 |  |  | D  UD UNION DUES |  | 60.00 |  |
| E  2 OVERTIME EARNIN | 3.00 | 90.23 |  |  | D  X1 CHECKING |  | 1812.84 |  |
| E  1P INS125-PA |  | -149.76 |  |  | D  X3 CREDIT UNION-C |  | 600.00 |  |

**PAYCHEX OF NEW YORK LLC**      PHONE (610)650-8100      FAX (855)279-5170

Case 5:20-bk-00981-RNO    Doc 19    Filed 04/02/20    Entered 04/02/20 10:20:21    Desc
Main Document      Page 1 of 1