```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 20-00981-RNO
Todd P. Shartle                                                     Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5       User: AutoDocke            Page 1 of 1         Date Rcvd: Apr 23, 2020
                           Form ID: ntcnfhrg          Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
db           +Todd P. Shartle,    1176 Mountain Road,   Pine Grove, PA 17963-9499
5312596      +Mr. Cooper,    Attn: Bankruptcy,   8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
5312597      +Mr. Cooper,    P.O. Box 619094,   Dallas, TX 75261-9094
5312599      +Ona Shartl,    1176 Mountain Road,   Pine Grove, PA 17963-9499

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 23 2020 19:37:53
               PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5312595       E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 23 2020 19:41:06      Internal Revenue Service,
               P.O. Box 7346,   Philadelphia, PA 19101-7346
5312598      +E-mail/Text: Bankruptcies@nragroup.com Apr 23 2020 19:41:37      National Recovery Agency,
               Attn: Bankruptcy,    Po Box 67015,   Harrisburg, PA 17106-7015
5312600       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 23 2020 19:41:16      PA Department of Revenue,
               ATTN: Bankruptcy Division,    Department 280946,   Harrisburg, PA 17128-0946
5312997      +E-mail/PDF: gecsedi@recoverycorp.com Apr 23 2020 19:37:46      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5312601      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 23 2020 19:39:37
               Verizon,   Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
               Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              John Anthony DiGiamberardino     on behalf of Debtor 1 Todd P. Shartle jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Todd P. Shartle,

**Debtor 1**

Chapter 13

Case No. 5:20−bk−00981−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **May 27, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: June 3, 2020 Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 22, 2020 |

ntcnfhrg (03/18)