UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: VICTOR H. DIEHL and ANNA A. DIEHL | : | CHAPTER 13 |
| Debtor(s) | : | |
| CHARLES J. DEHART, III STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| vs. | : | |
| VICTOR H. DIEHL and ANNA A. DIEHL | : | |
| Respondent(s) | : | CASE NO. 1-19-bk-02415 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 27th day of August, 2020, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about April 23, 2020 be withdrawn, as all issues have been resolved.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 27th day of August, 2020, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

John DiGiamberardino, Esquire
845 North Park Road, Suite 101
Wyomissing, PA 19610

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee