In re:                                                                               Case No. 20-00981-HWV

Todd P. Shartle                                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                 User: AutoDocke                                           Page 1 of 2

Date Rcvd: Apr 13, 2021                          Form ID: ntpasnh                                         Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd P. Shartle, 1176 Mountain Road, Pine Grove, PA 17963-9499 |
| 5335453 | + | John A. DiGiamberardino, Esquire, Case & DiGiamberardino, P.C., 845 N. Park Road, Ste. 101, Wyomissing, PA 19610-1342 |
| 5312596 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5312597 | + | Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5326083 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5312599 | + | Ona Shartl, 1176 Mountain Road, Pine Grove, PA 17963-9499 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2021 19:11:44 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5312595 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 13 2021 18:59:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5312598 | + | Email/Text: Bankruptcies@nragroup.com | Apr 13 2021 18:59:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5312600 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 13 2021 18:59:00 | PA Department of Revenue, ATTN: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0946 |
| 5312997 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 13 2021 19:11:44 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5312601 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 13 2021 18:58:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2021  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| John Anthony DiGiamberardino | on behalf of Debtor 1 Todd P. Shartle jad@cdllawoffice.com  dmk@cdllawoffice.com |
| Rebecca Ann Solarz | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Todd P. Shartle

**Debtor 1**

Chapter: 13

Case number: 5:20−bk−00981−HWV

Document Number: 40

Matter: Motion for Mortgage Modification

NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER
**Movant(s)**

vs.

TODD P. SHARTLE
CHARLES J. DeHART, III, ESQ., Trustee
**Respondent(s)**

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **May 4, 2021**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

**Address of the Bankruptcy Clerk's Office:**
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: KarenDavis, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: April 13, 2021

ntpasnh(05/18)