UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TODD P. SHARTLE, : Chapter 13

    Debtor : Case No. 20-981

# PRAECIPE FOR SUBSTITUTION OF APPEARANCE

TO THE CLERK:

    Due to the recent passing of John A. DiGiamberardino, Esquire and consistent with the role of Stephen M. Otto, Esquire as Attorney DiGiamberardino's "assisting attorney" pursuant to Mr. DiGiamberardino's succession plan:

    Kindly enter the appearance of Stephen M. Otto, Esquire on behalf of the Debtor(s) in this case where John A. DiGiamberardino is Counsel of Record, and kindly remove Attorney DiGiamberardino as Counsel of Record for this case.

DATE: September 8, 2021

    Respectfully submitted,
    LAW OFFICE OF STEPHEN M. OTTO, LLC

By:    /s/Stephen M. Otto
    Stephen M. Otto, Esq.
    833 N. Park Road, Ste. 206
    Wyomissing, PA 19610
    484-220-0481
    PA. I.D. No. 82463
    steve@sottolaw.com