# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA
### (WILKES-BARRE)

IN RE:                                                  )
TODD P. SHARTLE                                         )       CASE NO.: 5:20-bk-00981-MJC
                                                        )       CHAPTER 13
                                                        )       JUDGE MARK J. CONWAY
              DEBTORS                                   )
                                                        )
MCLP ASSET COMPANY, INC.                                )
                                                        )
              MOVANT                                    )
                                                        )
TODD P. SHARTLE, DEBTOR, AND JACK N.                    )
ZAHAROPOULOS, TRUSTEE                                   )
                                                        )
              RESPONDENTS                               )

## POST-PETITION PAYMENT HISTORY NOTE AND MORTGAGE
## DATED JANUARY 27, 2006

Mortgage Recorded on January 31, 2006, in Schuylkill County, PA, as Instrument No. 200600001980

**Property Address:**
**1176 Mountain Road**
**Pine Grove, PA 17963**

**Mortgage Servicer**
Selene Finance, LP

**Post-Petition mailing address for Debtor to send payments:**

Selene Finance, LP
9900 Richmond Avenue
Suite 400 South
Attn: BK Dept.
Houston, TX 77042

**Mortgagor/Debtor:**

Scott D. Travoline and Anne Travoline

**Payments are contractually due:**

Monthly <u>X</u>　　Semi-Monthly ___　　Bi-Weekly ___　　Other ___

**Monthly Payment is comprised of:**

| | |
|---|---|
| Principal & Interest | $　704.16 |
| Escrow | $　499.58 |
| Insurance | $　　0.00 |
| Late Charge | $　　0.00 |
| Other: | $　　0.00 |
| **TOTAL** | $1,203.74 |

**POST-PETITION PAYMENTS: <u>24</u>** (Petition was filed on March 13, 2020)

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3** as of <u>4/6/2022</u>

**TOTAL AMOUNT OF POST-PETITION ARREARS: $<u>3,611.22</u>** as of <u>4/6/2022</u>

Date: April <u>20</u>, 2022

Mortgage Servicer

Genevieve A. Jacobs　Bankruptcy Specialist
(Print Name and Title)