IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: ) | |
| TODD P. SHARTLE, ) | CASE NO.: 5:20-bk-00981-MJC |
| ) | CHAPTER 13 |
| DEBTOR. ) | JUDGE MARK J. CONWAY |
| ) | |
| ONA R. SHARTLE, ) | |
| ) | |
| CO-DEBTOR. ) | |
| ) | |
| MCLP ASSET COMPANY, INC. ) | |
| ) | |
| MOVANT, ) | |
| ) | |
| TODD P. SHARTLE, DEBTOR, AND JACK N. ) | |
| ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
| RESPONDENTS. ) | |

### POST-PETITION PAYMENT HISTORY NOTE AND MORTGAGE DATED JANUARY 27, 2006

Mortgage Recorded on <u>January 31, 2006,</u> in Schuylkill County, PA, as Instrument No. <u>200600001980</u>

**Property Address:**
**1176 Mountain Road**
**Pine Grove, PA 17963**

**Mortgage Servicer**
Selene Finance, LP


**Post-Petition mailing address for Debtor to send payments:**

Selene Finance, LP
9900 Richmond Avenue
Suite 400 South
Attn: BK Dept.
Houston, TX 77042

**Mortgagor/Debtor/Co-Debtor:**

Todd P. Shartle and Ona R. Shartle

**Payments are contractually due:**

Monthly <u>X</u>    Semi-Monthly ___    Bi-Weekly ___    Other ___

**Monthly Payment is comprised of:**

| | |
|---|---|
| Principal & Interest | $   704.16 |
| Escrow | $   499.58 |
| Insurance | $      0.00 |
| Late Charge | $      0.00 |
| Other: | $      0.00 |
| **TOTAL** | $1,203.74 |

**POST-PETITION PAYMENTS: 24** (Petition was filed on March 13, 2020)

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3** as of <u>4/6/2022</u>

**TOTAL AMOUNT OF POST-PETITION ARREARS:** $<u>3,611.22</u> as of <u>4/6/2022</u>

Date: April __, 2022

_____
Mortgage Servicer

Genevieve A. Jacobs    Bankruptcy Specialist
(Print Name and Title)