IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: ) | |
| TODD P. SHARTLE ) | CASE NO.: 5:20-bk-00981-MJC |
| ) | CHAPTER 13 |
| ) | JUDGE MARK J. CONWAY |
| DEBTORS ) | |
| ) | |
| MCLP ASSET COMPANY, INC. ) | |
| ) | |
| MOVANT ) | |
| ) | |
| TODD P. SHARTLE, DEBTOR, AND JACK N. ) | |
| ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## CERTIFICATE OF NO OBJECTION

I, Joshua I. Goldman, Esquire, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor or the Trustee.

Respectfully Submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: ) | |
| TODD P. SHARTLE ) | CASE NO.: 5:20-bk-00981-MJC |
| ) | CHAPTER 13 |
| ) | JUDGE MARK J. CONWAY |
| DEBTORS ) | |
| ) | |
| MCLP ASSET COMPANY, INC. ) | |
| ) | |
| MOVANT ) | |
| ) | |
| TODD P. SHARTLE, DEBTOR, AND JACK N. ) | |
| ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## CERTIFICATE OF SERVICE

I, Joshua I. Goldman, attorney for Movant, do hereby certify that true and correct Copies of the foregoing Certificate of No Objection have been served on May 13, 2022, by first class mail, and/or electronic means upon those listed below:

*DEBTOR*
TODD P. SHARTLE
1176 MOUNTAIN ROAD
PINE GROVE, PA 17963

*ATTORNEYS FOR DEBTOR*
STEPHEN MCCOY OTTO
LAW OFFICE OF STEPHEN M. OTTO, LLC
833 N. PARK ROAD, SUITE 102
WYOMISSING, PA 19610
STEVE@SOTTOLAW.COM

*TRUSTEE*
JACK N ZAHAROPOULOS (TRUSTEE)
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*ASST. U.S. TRUSTEE*
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101
USTPREGION03.HA.ECF@USDOJ.GOV

        Respectfully submitted,

        /s/ Joshua I. Goldman
        JOSHUA I. GOLDMAN, ESQ.
        Pennsylvania Bar # 205047
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312
        (850) 422-2520 (telephone)
        (850) 422-2567 (facsimile)
        josh.goldman@padgettlawgroup.com
        *Counsel for Movant*