United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                               Case No. 20-00981-MJC
Todd P. Shartle                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                           User: AutoDocke                                Page 1 of 2
Date Rcvd: May 18, 2022                   Form ID: pdf010                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

**Recip ID**                **Recipient Name and Address**
+        ONA R SHARTLE, 1176 MOUNTAIN ROAD, PINE GROVE, PA 17963-9499

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

**Name**                               **Email Address**

Charles G. Wohlrab
                                          on behalf of Creditor MCLP Asset Company  Inc. cwohlrab@raslg.com

Jack N Zaharopoulos (Trustee)
                                          TWecf@pamd13trustee.com

James Warmbrodt
                                          on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

Joshua I Goldman
                                          on behalf of Creditor MCLP Asset Company  Inc. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com

Rebecca Ann Solarz
                                          on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

Stephen McCoy Otto
                                          on behalf of Debtor 1 Todd P. Shartle steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: ) | |
| TODD P. SHARTLE, ) | CASE NO.: 5:20-bk-00981-MJC |
| ) | CHAPTER 13 |
| DEBTOR. ) | JUDGE MARK J. CONWAY |
| ) | |
| ONA R. SHARTLE, ) | |
| ) | |
| CO-DEBTOR. ) | |
| ) | |
| MCLP ASSET COMPANY, INC. ) | |
| ) | |
| MOVANT, ) | |
| ) | |
| TODD P. SHARTLE, DEBTOR, AND JACK N. ) | |
| ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
| RESPONDENTS. ) | |

## ORDER

Upon consideration of MCLP Asset Company, Inc.'s Amended Motion for Relief from Automatic Stay and Co-Debtor Stay, pursuant to 11 U.S.C. §362(d) and 11 U.S.C. § 1301, Dkt. # 60, any response thereto and that it is not necessary for an effective reorganization, it is hereby

**ORDERED**, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to MCLP Asset Company, Inc.; and it is further

**ORDERED**, that MCLP Asset Company, Inc., its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at **1176 Mountain Road, Pine Grove, PA 17963**, including without limitation a sheriff's sale of the property, and it is further

**ORDERED** that MCLP Asset Company, Inc.'s request to waive the 14-day stay period pursuant to Fed. R. Bankr. P. 4001(a)(3) is granted.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: May 18, 2022