Certificate Number: 05781-PAM-DE-038851907

Bankruptcy Case Number: 20-00981


05781-PAM-DE-038851907

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 10, 2024, at 7:47 o'clock AM PDT, Todd Shartle completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   September 10, 2024          By:     /s/Allison M Geving

                                    Name:   Allison M Geving

                                    Title:  President