In re:                                                                          Case No. 20-00981-MJC

Todd P. Shartle                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                        User: AutoDocke                              Page 1 of 2

Date Rcvd: Jan 14, 2025                      Form ID: fnldecnd                         Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd P. Shartle, 1176 Mountain Road, Pine Grove, PA 17963-9499 |
| 5312599 | + | Ona Shartl, 1176 Mountain Road, Pine Grove, PA 17963-9499 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 14 2025 18:44:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5312595 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 14 2025 18:40:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5470555 | + | Email/Text: bkteam@selenefinance.com | Jan 14 2025 18:40:00 | MCLP Asset Company, Inc., Selene Finance, LP, Attn BK Dept, 3501 Olympus Blvd Suite 500, Dallas, TX 75019-6295 |
| 5312596 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 14 2025 18:40:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5312597 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 14 2025 18:40:00 | Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 5312598 | + | Email/Text: Bankruptcies@nragroup.com | Jan 14 2025 18:40:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5326083 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 14 2025 18:40:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5312600 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 14 2025 18:40:00 | PA Department of Revenue, ATTN: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0946 |
| 5468975 | | Email/Text: bkecf@padgettlawgroup.com | Jan 14 2025 18:40:00 | MCLP Asset Company, Inc., c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 |
| 5312997 | ^ | MEBN | Jan 14 2025 18:35:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5312601 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 14 2025 18:40:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5335453 | | John A. DiGiamberardino, Esquire, Address removed per docket entry no 47 |
| 5470556 | *+ | MCLP Asset Company Inc, Selene Finance LP, Attn BK Dept, 3501 Olympus Blvd Suite 500, Dallas, TX 75019-6295 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2025          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor MCLP Asset Company Inc. bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| Joshua I Goldman | on behalf of Creditor MCLP Asset Company Inc. josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Stephen McCoy Otto | on behalf of Debtor 1 Todd P. Shartle steve@sottolaw.com no_reply@ecf.inforuptcy.com,daniel@cornerstonelaw.us,valeria@cornerstonelaw.us |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Todd P. Shartle,                        Chapter       13

       **Debtor 1**

                                       Case No.       5:20−bk−00981−MJC

Social Security No.:

                   xxx−xx−1771

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Todd P. Shartle** in accordance with §1328 of the Bankruptcy Code.

                                     By the Court,

                                     Mark J. Conway, United States Bankruptcy Judge

                                     Dated:  January 14, 2025

**fnldec** (01/22)